

FILED
SEP 21 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re<br><br>Cerag Development, LLC,<br><br>　　　　　　Debtor. | Case No. 10-60201-B-11<br><br>Date: November 3, 2010<br>Time: 3:00 p.m.<br>Place: 1300 18th Street, First Floor<br>　　　　Bakersfield, CA |

**ORDER TO SHOW CAUSE REGARDING DISMISSAL OF CASE**

　　On September 1, 2010, a chapter 11 bankruptcy petition was filed without an attorney for Debtor. Local Bankruptcy Rule 1001-1(c) and District Court Rule 83-183(a) requires that a corporation make appearances through an attorney. Based thereon,

　　IT IS HEREBY ORDERED that the Debtor appear before the court on November 3, 2010, at 3:00 p.m., in the United States Bankruptcy Court, 1300 18th Street, First Floor, Bakersfield, California, and show cause why this case should not be dismissed or other appropriate relief ordered for such failure to comply with the Local Rules, including but not limited to a prohibition on future bankruptcy filings for 180 days.

　　DATED: September 21, 2010

　　　　　　　　　　　　　　　　　　　W. Richard Lee
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

15